THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BARNEY DECKENBROCK, Appellant.

*People* v. *Deckenbrock,* 157 App. Div. 379, affirmed.
(Submitted November 24, 1913; decided December 9, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 5, 1913, which affirmed a judgment rendered at a Trial Term upon a verdict convicting the defendant of the crime of abduction.

*Meier Steinbrink* for appellant.

*James C. Cropsey, District Attorney* (*Edward A. Freshman* and *Hersey Egginton* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.